**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

BAKHEET TIGAN ISMAIL SHOGA                    CASE NO.  1:26-CV-00221 SEC P

VERSUS                                        JUDGE ROBERT R. SUMMERHAYS

TODD LYONS ET AL                              MAGISTRATE JUDGE HORNSBY

### ORDER

Plaintiff was served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE June 30, 2026.

Daniel J. McCoy
Clerk of Court